July 12, 2012



# JUDGMENT

## The Fourteenth Court of Appeals

ST. LUKE'S SUGAR LAND HOSPITAL, Appellant

NO. 14-11-00932-CV                    V.

PAUL JOSEPH, Appellee

_____

This cause, an appeal from the trial court's order in favor of appellee, Paul Joseph, signed October 6, 2011, was heard on the transcript of the record. We have inspected the record and find no error in the trial court's order. We order the order of the court below **AFFIRMED**.

We order appellant, St. Luke's Sugar Land Hospital, to pay all costs incurred in this appeal. We further order this decision certified below for observance.